# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-01978-PSF-GJR**

**JAMES FORD,**

**Plaintiff,**

**vs.**

**LOCO, INC. and**
**LORI BEELES,**

**Defendants.**

## ORDER

The undersigned by Order of Reassignment to U.S. Magistrate Judge dated August 16, 2005 has been designated to conduct proceedings in this civil action. Accordingly, the matter is set for a status conference before U.S. Magistrate Judge Gudrun Rice on September 1, 2005 at 11:00 a.m.  Counsel may appear by phone, with counsel for the plaintiff to initiate the call to the Court at (970) 241-8932.

Should this date not be convenient for either party, counsel are requested to contact, by no later than August 29, 2005, Ms. Lynn Singer, assistant to the Magistrate Judge to reschedule the status conference.

DATED: August 23, 2005

BY THE COURT:

/s/ Gudrun Rice

Gudrun Rice
U.S. Magistrate Judge