IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01978-PSF-OES

JAMES FORD,

    Plaintiff,

v.

LOCO, INC. and
LORI BEELES,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS CLAIM

THIS MATTER is before the Court on plaintiff's Unopposed Motion to Dismiss Claim Four (Dkt. # 20).  The Court hereby

ORDERS that the motion is GRANTED and Claim Four, Negligence, against Defendant Loco, Inc. is dismissed without prejudice.

DATED: September 27, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge