IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01978-PSF-OES

JAMES FORD,

    Plaintiff,

v.

LOCO, INC. and
LORI BEELES,

    Defendants.

___

### ORDER SETTING CASE FOR TRIAL
___

The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **January 23, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **January 13, 2006 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

    DATED: October 12, 2005

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Judge