IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01978-PSF-GJR

JAMES FORD,

        Plaintiff,

v.

LOCO, INC. and LORI BEELES,

        Defendants.

---

**ORDER REGARDING
DEFENDANT LOCO'S MOTION FOR A PROTECTIVE ORDER
REGARDING THE LOCATION FOR THE DEPOSITION OF LORI BEELES**

---

This matter having come before this Court on Defendant's Motion for a Protective Order Regarding the Location for the Deposition of Lori Beeles, the Court having reviewed the Motion, and finding good cause therefore, hereby ORDERS that:

1.      The Motion is GRANTED.

2.      The deposition for Lori Beeles requested by Plaintiff James Ford shall occur in Grand Junction, Colorado on the date specified in Plaintiff's Notice of Deposition served on Ms. Beeles.

DATED this 4th day of January, 2006.

BY THE COURT:

/s/ Gudrun Rice

_____

Gudrun Rice
U.S. Magistrate Judge