IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01978-PSF-OES

JAMES FORD,

    Plaintiff,

v.

LOCO, INC.,

    Defendant.

---

### ORDER ON PENDING MOTIONS

---

This Matter is before the Court on the following pending motions: Defendant's Motion to Strike Plaintiff's Claim for Trial by Jury (Dkt. # 48), Plaintiff's First Motion to Continue Trial Date (Dkt. # 49), Plaintiff's First Motion for Joinder of Lori Beeles as a Defendant and Reinstate Claims Two and Three (Dkt. # 50), and Defendant's Motion for Extension of Time to File a Dispositive Motion or, in the Alternative, Motion to Permit Loco to File the Attached Motion as its Trial Brief (Dkt. # 52).  It is hereby

ORDERED that these and any subsequently filed motions will be addressed at the Final Trial Preparation Conference, which has been rescheduled *sua sponte* for **10:30 a.m.** on Friday, January 13, 2006.

DATED: January 9, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge