**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes                Date: January 13, 2006
Court Reporter: Darlene Martinez

Civil Action No. 04-cv-01978-PSF-GJR

*Parties:*                                                                *Counsel:*

JAMES FORD,                                                    M. David Johnson

     Plaintiff,

v.

LOCO, INC.,                                                         Michael Santo

     Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING: Final Trial Preparation Conference

**10:27 a.m.     Court in session.**

**ORDER:**     Defendant Loco's Motion to Strike **(48)** is **held in abeyance.**

**ORDER:**     Plaintiff's Motion to Continue Trial Date **(49)** is **granted.**

**ORDER:**     Plaintiff's Motion to Join Lori Beeles as a Defendant and Reinstate Claims
                      Two and Three of Plaintiff's Complaint **(50)** is **denied.**

**ORDER:**     Defendant Loco's Motion to File a Dispostive Motion or, in the Alternative,
                      Motion to Permit Loco to File the Attached Motion as its Trial Brief **(52)** is
                      **granted.**   Exhibit A to Doc. # 52 is **accepted.**

**ORDER:**     Parties are to meet and confer with Magistrate Rice for settlement

discussions.

Parties are directed to contact Magistrate Rice's chambers to set a Settlement Conference.

**DEADLINES/SCHEDULE:**
Plaintiff's Response to Defendant's Motion to Strike due **January 27, 2006.**
Plaintiff's Response to Defendant's Dispositive Motion due **January 27, 2006.**
Defendant's Reply due **February 6, 2006.**

**10:50 a.m.    Court in recess/hearing concluded.**

Total in-court time: 00:23.