### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Gudrun Rice

**Civil Action No. 04-cv-01978-PSF-GJR**

**JAMES FORD,**

    **Plaintiff,**

**vs.**

**LOCO, INC.**

    **Defendant.**

---

### ORDER

---

After two telephone status conferences on January 19, 2006 with appearances by Mr. Johnson and Mr. Santo, this matter is set for settlement conference on Thursday, January 26, 2006 beginning at 1:00 p.m.  The settlement conference will be held in the Chambers of Magistrate Judge Gudrun Rice at the Wayne Aspinall Federal Building, 400 Rood Avenue, Room 310, Grand Junction, Colorado.

The Plaintiff, James Ford, will appear in person; the attorney for the Plaintiff, Michael David Johnson, will appear by phone.  The Court will initiate the call to Mr. Johnson on January 26, 2006 at (303) 394-9669.  The attorney for the Defendant, Michael Santo, and the CEO and CFO of the Defendant, Loco, Inc., will appear in person.

The parties will provide confidential settlement memoranda to the Magistrate Judge by no later than January 25, 2006.  The parties may submit the confidential

settlement memoranda to the Magistrate Judge by e-mail to Rice_Chambers@cod.uscourts.gov; by mail to Post Office Box 3208, Grand Junction, Colorado (81502); by fax to (970) 241-6214; or by hand delivery.

To allow the parties time to focus on and prepare for the settlement conference, the deadlines and schedules with regard to the Defendant's Motions are altered as follows:

Plaintiff's Response to Defendant's Motion to Strike due February 6, 2006
Plaintiff's Response to Defendant's Dispositive Motion due February 6, 2006
Defendant's Reply due February 13, 2006

Dated this 24th day of January, 2006.

BY THE COURT:

s/ Gudrun Rice

Gudrun Rice
U.S. Magistrate Judge