IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  04-CV-01978-PSF-GJR

JAMES FORD,

      Plaintiff,

v.

LOCO, INC.; and
LORI BEELES,

      Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS
---

This matter having come before this Court on a Stipulated Motion to Dismiss All Claims Against Defendant Loco, Inc. with Prejudice (Dkt. # 60) and the Court, having read the Stipulated Motion, finds it well taken.

IT IS THEREFORE ORDERED that all claims asserted by James Ford against Defendant Loco, Inc., in the above-refernced action are hereby DISMISSED with prejudice, each party to bear his, her or its own costs and attorney fees.

DATED: February 13, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge